U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 15 2013
CLERK, U.S. DISTRICT COURT
By _____
     Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DARILENE W. BENAVIDES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:11-CV-859-A |
| | § | |
| Michael J. Astrue, Commissioner, | § | |
| Social Security Administration, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The above-captioned action was brought by plaintiff, Darilene W. Benavides, to set aside a decision of Michael J. Astrue, Commissioner of Social Security, ("Commissioner"), denying her claim for supplemental security income ("SSI") under Title XVI of the Social Security Act ("SSA"). The action was referred to the United States Magistrate Judge for the making of proposed findings and conclusions and a recommendation for disposition. On January 18, 2013, the magistrate judge issued his proposed findings and conclusions and his recommendation that the Commissioner's decision be affirmed. The magistrate judge ordered that each party had until February 1, 2013, to serve and file written objections to his proposed findings and conclusions and his recommendation. Plaintiff has filed no objections. After having considered the proposed findings and conclusions and the recommendation of the magistrate judge and the record, the court has concluded it should adopt, and hereby adopts, the

findings and conclusions of the magistrate judge and the recommendation of the magistrate judge that the Commissioner's decision be affirmed. Therefore,

The court ORDERS that the decision of the Commissioner denying plaintiff's claim for SSI benefits under Title XVI of the SSA, be, and is hereby, affirmed.

SIGNED February 15, 2013.

_____
JOHN McBRYDE
United States District Judge